IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bedolla, Maria Dolores

Printed: 12/16/08

Case Number: 04 B 35444
Judge: Squires, John H
Filed: 9/23/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 11, 2008
Confirmed: November 10, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 24,000.00 |  |
| Secured: |  | 17,632.52 |
| Unsecured: |  | 2,374.95 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,292.53 |
| Other Funds: |  | 0.00 |
| Totals: | 24,000.00 | 24,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | American General Finance | Secured | 1,344.74 | 1,344.74 |
| 3. | DaimlerChrysler Financial | Secured | 16,287.78 | 16,287.78 |
| 4. | American General Finance | Unsecured | 157.41 | 214.28 |
| 5. | Illinois Student Assistance Commission | Unsecured | 1,496.44 | 2,037.03 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 20.00 | 27.22 |
| 7. | Capital One | Unsecured | 47.34 | 64.48 |
| 8. | RoundUp Funding LLC | Unsecured | 23.45 | 31.94 |
| 9. | TRS Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,077.16 | $ 22,707.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 162.50 |
| 4% | 60.00 |
| 3% | 45.00 |
| 5.5% | 247.49 |
| 5% | 75.01 |
| 4.8% | 120.00 |
| 5.4% | 563.45 |
| 6.6% | 19.08 |
|  | $ 1,292.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Bedolla, Maria Dolores

Printed: 12/16/08

Case Number:  04 B 35444
Judge:  Squires, John H
Filed:  9/23/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

